**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation,<br><br>            Plaintiff,<br>       v.<br><br>SARA F. CANNIZZARO, as trustee of the Sara F. Cannizzaro Living Trust; JEFFERSON BUILDING, INC., a California corporation; WHARF PROPERTIES, INC., a California corporation; FRANDO CORPORATION, a California corporation,<br><br>            Defendants.<br><br>SARA F. CANNIZZARO, et al.<br><br>            Counter-claimants<br>       v.<br><br>CENTURY SURETY COMPANY, an Ohio corporation,<br><br>            Counter-defendant. | Case No.:  CV 08-04590 CRB<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties having stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference on calendar for April 24, 2009 is continued to June 26, 2009 at 8:30 a.m.

DATED:  April 16, 2009          By: _____
                                     Hon. CHARLES R. BREYER
                                     United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*