Gary R. Selvin, State Bar No. 112030
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:     (510) 874-1811
Facsimile:     (510) 465-8976
E-mail:   gselvin@selvinwraith.com

Attorneys for Defendants and Counter-Claimants
Sara F. Cannizzaro, Jefferson Building, Inc.,
Wharf Properties, Inc. and Frando Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CENTURY SURETY COMPANY, an Ohio corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>SARA F. CANNIZZARO, as trustee of the Sara F. Cannizzaro Living Trust; JEFFERSON BUILDING, INC., a California corporation; WHARF PROPERTIES, INC., a California corporation; FRANDO CORPORATION, a California corporation,<br><br>         Defendant. | CASE NO.: 3:08-CV-04590-CRB<br><br>**STIPULATION RE DISMISSAL OF DEFENDANTS SARA F. CANNIZZARO, JEFFERSON BUILDING, INC., WHARF PROPERTIES, INC. AND FRANDO CORPORATION; ORDER**<br><br>*Case Assigned for all purposes to:*<br>Hon. Charles R. Breyer, Courtroom 8, 19th Floor<br><br>Complaint Filed:  October 2, 2008 |
| AND RELATED COUNTER CLAIM | |

CENTURY SURETY COMPANY, Plaintiff and Counter-Defendant, and SARA F. CANNIZZARO, as trustee of the Sara F. Cannizzaro Living Trust; JEFFERSON BUILDING, INC., a California corporation; WHARF PROPERTIES, INC., a California corporation; and FRANDO CORPORATION, a California corporation, Defendants and Counter-claimants, have negotiated a settlement agreement in this action, recognizing that the issues in this case have been mooted in that other insurance carriers accepted the defense and indemnify of defendants in the action styled *Hartford Ins. Co. v. Frando, et al*.

Therefore pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Century Surety Company and Defendants and Counter-Claimants hereby stipulate to the

1  dismissal of the entire action without prejudice.

3  **IT IS SO STIPULATED.**

5  Dated: __June 18, 2009_____   SELVIN WRAITH HALMAN LLP

By:   /s/ Gary R. Selvin
Gary R. Selvin
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:(510) 465-8976
E-mail:   gselvin@selvinwraith.com
Attorneys for Defendants and Counter-Claimants
Sara F. Cannizzaro, Jefferson Building, Inc., Wharf Properties, Inc. and Frando Corporation

14  Dated: ____June 18, 2009_____   WOOLLS & PEER

By:   /s/ Gregory Bernard Scher
Mr. Gregory Bernard Scher
One Wilshire Blvd., 22nd Floor
Los Angeles, CA  90017
Telephone No.:   (213) 629-1600
Fax No.:  (213) 629-1660
Email:  gscher@woollspeer.com
Attorneys for Plaintiff and Counter-Defendant
Century Surety Company

23  IT IS SO ORDERED.

25  Dated:  June 18, 2009    _____
Charles R. Breyer
Judge, United States

60517.doc

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

2
**STIPULATION OF DISMISSAL; ORDER THEREON**                                     CASE NO.: 3:08-CV-04590-CRB